USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2012R30571
Magistrate Number:

SUPERSEDING INDICTMENT

United States District Court
Southern District of Texas
FILED

DEC 1 8 2013

Filed David J. Bradley, Clerk of Court

No. H-13-491S

Judge: _____

UNITED STATES of AMERICA
vs.

ATTORNEYS:
KENNETH MAGIDSON, USA           (713) 567-9000
RICHARD D. HANES, AUSA          (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| CLARENCE BERNARD BUCK   Cts. 1-6, 8-9 | ☐ | ☐ |
| aka BB | ☐ | ☐ |
| KENDAL ALLEN, aka "Cutter,"   Cts. 1-5, 8 | ☐ | ☐ |
| TRENT LASHAWN DAVIS   Cts. 1-5, 8 | ☐ | ☐ |
| DONALD HOLMES   Ct. 1 | ☐ | ☐ |
| ZEESHAN YASIN   Ct. 1 | ☐ | ☐ |
| RAFEY KHAN   Ct. 1 | ☐ | ☐ |
| RUSSELL PARKER   Cts. 1, 6, 8 | ☐ | ☐ |
| MICHAEL GEORGE   Cts. 1, 6, 8 | ☐ | ☐ |
| SHELTON WATTERSON   Cts. 1, 6, 7, 8 | ☐ | ☐ |
| DANNY MOORE   Cts. 1, 6, 8 | ☐ | ☐ |
| SON-TANNA HEWITT   Cts. 1, 6, 7, 8 | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Ct. 1: Conspiracy to Interfere with Commerce by Robbery [18 USC § 1951(a)]

Cts. 2, 4, 6: Aiding and Abetting Interference with Commerce by Robbery [18 USC § 1951(a) and 2]

Cts. 3, 5, 7: Aiding and Abetting Using and Carrying a Firearm during and in Relation to a Crime of Violence
[8 USC § 924(c)(1)(A)(ii) and § 2]

Ct. 8: Conspiracy to Use or Carry a Firearm during and in Relation to a Crime of Violence [18 USC § 924 (o)]

Ct. 9: Possession of a Firearm by a Convicted Felon [18 USC § 922(g)(1)]

CHARGE:
(TOTAL)
(COUNTS:)
( 9 )

**PENALTY:**

    Cts. 1, 2, 4, 6, 8: Up to 20 yrs imprisonment and / or a $250,000 fine; 3 yrs SRT; $100 SA
        Cts. 3, 5, 7: Up to 7 yrs imprisonment consecutive and / or a $250,000; 5 yrs SRT; $100 SA
           Ct. 9: Up to 10 yrs imprisonment and / or a $250,000 fine; 3 yrs SRT; $100 SA

☑ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**