
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner | § | |
| v. | § | CRIMINAL NO. H-13-491S |
| | § | |
| RUSSELL PARKER, | § | |
| Defendant. | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kenneth Magidson, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **RUSSELL PARKER, DOB: 10/xx/1992, SPN: 02504150,** now duly committed to the custody of the Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance and any other necessary appearances in the United States District Court for the Southern District of Texas, Houston Division, Houston, Texas, on the __2nd__ day of __January__, 2014, at __10__ (a.m.) / p.m.

Petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other duly authorized United States Marshal, to produce the body of said **RUSSELL PARKER,** before this Court on the Houston, Texas, on the __2nd__ day of __January__, 2014, at a.m. / p.m. so that he may be present in this cause at that time.

WHEREFORE, petitioner further represents that the Sheriff, Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, will release the above-named prisoner into the custody of the United States Marshal for the Southern District of Texas, or any other authorized United

States Marshal, upon this Writ, with the agreement and understanding that after the witness has appeared, he is to be returned to the said United States Marshal into the custody of the Sheriff, Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, where he now stands duly committed by law.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: /s/ Richard D. Hanes
Richard D. Hanes
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9375